445 A.2d 249

Hummel's Wharf Fire Co., Appellant v. Leitner.

Argued June 23, 1981.  Marvin J. Rudnitsky, for appellant;  Thomas C. Clark, did not file a brief on behalf of appellee.

Before PRICE, JOHNSON and SHERTZ, JJ.

The order dated April 29, 1980 is affirmed on the comprehensive opinion of President Judge Wilson.

SHERTZ, J., did not participate in the consideration or decision of this case.

445 A.2d 249

McGovern, etc., Appellant v. Shackett, et al.

Argued November 5, 1981.  Walter D. Campbell, for appellant;  William T. MacMinn, for Shackett, appellee;  Joshua Z. Goldblum, for McMahon, appellees.

Before SPAETH, BECK and LIPEZ, JJ.

The order of the lower court is hereby affirmed.